**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

CHARLES SAVAGE,

    Plaintiff,

v.                                          Case No: 8:13-cv-932-T-30TGW

MIT COMPUTERS, INC. and
MIT PATEL,

    Defendants.

_____

## ORDER

THIS CAUSE comes before the Court upon Plaintiff's Motion for Unilateral Two Week Extension of the Discovery Deadline or in the Alternative, For Reconsideration of the Court's Order Granting Extension of Time [D.E. 72] (Dkt. 73), Defendants' Response (Dkt. 74), and Plaintiff's Motion to Strike Affirmative Relief Requested in Defendants' Response [D.E. 74] (Dkt. 75).  The Court, having reviewed the motions, response, and being otherwise advised in the premises, concludes that the Plaintiff's motion for extension of time should be granted in part and Plaintiff's motion to strike should be denied as moot. It is therefore

    ORDERED AND ADJUDGED that:

    1.     Plaintiff's Motion for Unilateral Two Week Extension of the Discovery Deadline or in the Alternative, For Reconsideration of the Court's Order Granting Extension of Time [D.E. 72] (Dkt. 73) is granted to the extent that

the deadline for all parties' fact discovery shall be extended by two weeks, to January 20, 2015.

2. Plaintiff's Motion to Strike Affirmative Relief Requested in Defendants' Response [D.E. 74] (Dkt. 75) is denied as moot.

**DONE** and **ORDERED** in Tampa, Florida, this 4th day of December, 2014.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

S:\Even\2013\13-cv-932 grant extension.docx